IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00337-PAB-KLM

ANTHONY FRIES,

    Plaintiff,

v.

ANITA ARCULETA, Parole Officer,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **"Motion for Request [sic] This Courts [sic] Form of Questioning During Phone Hearing"** [Docket No. 33; Filed June 24, 2010] (the "Motion"). A Scheduling Conference has been set to occur in this matter on July 12, 2010. Although not entirely clear, the Court interprets the Motion to be a request for more information about the conference and how the Court will proceed.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. As the Court noted in the Order setting the Scheduling Conference [Docket No. 14], the Court will discuss with the parties the setting of case deadlines for discovery and motions. In addition, the Court will discuss my reminders for *pro se* litigants (a copy of which is attached). This is not an evidentiary hearing, the parties will not be sworn in and no testimony will be given. When prompted by the Court, Plaintiff should be prepared to raise any questions or deadlines he would like the Court to consider during the conference. **Plaintiff is reminded that he must contact the Court on July 12, 2010 at 10:30 a.m. at (303) 335-2770**. A copy of my Order setting the Scheduling Conference was electronically mailed to the CDOC to ensure that Plaintiff is able to participate.

    Dated: June 25, 2010